UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                                                     DECISION AND ORDER

                                                                                                       07-CR-6183L

                v.

RAYSHAWN ALEXANDER,

                              Defendant.
_____


Defendant Rayshawn Alexander ("Alexander") has filed a *pro se* motion (Dkt. # 93) for early termination of supervised release. The Probation Office filed a Response to the motion (Dkt. #94) opposing the request.

Alexander was convicted of a narcotics conspiracy and was sentenced principally to 180 months imprisonment, plus an 120-month term of supervised release. Defendant has served only approximately 23 months of that 120-month term of supervised release.

Alexander has complied with most of the required terms of supervised release, although two violations reports were filed due to Alexander's failure to make timely and adequate payments toward the fine imposed by the Court at sentencing.

The Court imposed an 120-month term of supervised release at sentencing and did so for a reason: to carefully monitor the activities of a person who had been engaged in significant drug activities. Alexander has served a little more than a quarter of the 120-month term of supervised release and therefore early termination at this time is not appropriate.

## CONCLUSION

Defendant Rayshawn Alexander's *pro se* motion (Dkt. #93) for early termination of the 120-month term of supervised release is DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       June 15, 2022.